986 F.2d 1417
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Timothy WALTON, Petitioner-Appellant,
v.
Clifford F. HAPGOOD, Commonwealth Attorney; Franklin
County, Virginia; W. Q. Overton; Vcikie Meadors;
Mary Sue Terry, Respondents-Appellees.
 No. 92-7167.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 24, 1993
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, District Judge. (CA-92-493-R)
 Timothy Walton, Appellant Pro Se.
 Katherine Baldwin Toone, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 W.D.Va.
 DISMISSED.
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Timothy Walton seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (1988) petition without prejudice for failure to exhaust. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Walton v. Hapgood, No. CA-92-493-R (W.D. Va. Nov. 9, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED